

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-18-00762-CV

Anthony **CHIJIOKE NGWU,**
Appellant

v.

Vera Amuche **TONI,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19833
Honorable Martha Tanner, Judge Presiding

# O R D E R

On January 28, 2019, appellant filed a "Motion Seeking Emergency Temporary Injunctive Relief Order/Motion to Stay" and an amended motion on January 30, 2019. After consideration, we **DENY** appellant's motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court